IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KARL BJORK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00432** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Holmes** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF CHAD YOUKER

Chad Youker, being first duly sworn deposes and says:

1. I am over the age of eighteen (18), have personal knowledge of the facts set forth below, and am competent to testify. The statements in this Affidavit are true to the best of my knowledge and belief.

2. I am a Captain in the Detention Division of the Williamson County Sheriff's Office ("WCSO").

3. I am a Custodian of Records for the Williamson County Sheriff's Office. I am a duly authorized custodian of records and I have authority to certify the records of the Williamson County Sheriff's Office. All documents referenced in this Affidavit were prepared by or filed with the Williamson County Sheriff's Office. All documents made by the Williamson County Sheriff's Office that are referenced in this Affidavit were made at or near the time by—or from information transmitted by—someone with knowledge; were kept in the course of a regular conducted activity of the Williamson County Sheriff's Office; and the making of such records was a regular practice of that activity.

5. Bjork entered Williamson County Jail on February 23, 2025.

6. Bjork was released from Williamson County Jail on June 2, 2026.

7. The grievance procedures for the Jail are set forth in General Order 10.18.003. A true and correct copy of the version of General Order 10.18.003 in effect on January 18, 2025 is attached hereto as Exhibit A.

8. A true and correct copy of the version of General Order 10.18.003 in effect on March 30, 2026 is attached hereto as Exhibit B.

9. A true and correct copy of all grievances filed by Bjork from February 23, 2025 to June 2, 2026 attached hereto as Exhibit C.

FURTHER AFFIANT SAITH NOT.

C. 2226

Chad Youker

STATE OF TENNESSEE )
COUNTY OF WILLIAMSON )

Sworn to and subscribed before me this 3rd day of August, 2026.

Kelly Dawn Bennett
Notary Public

My Commission Expires: November 14, 2028

KELLY DAWN BENNETT STATE OF TENNESSEE NOTARY PUBLIC WILLIAMSON COUNTY

Respectfully submitted,

/s/Lee Ann Thompson

Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on the 4th day of August 2026 to:

Karl Bjork, # 167949
BCCX
1045 Horsehead Rd.
Pikeville, TN 37367

/s/Lee Ann Thompson