**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARL BJORK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00432** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Holmes** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**DEFENDANT CHAD YOUKER'S AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**

---

# EXHIBIT A

# WILLIAMSON COUNTY SHERIFF'S OFFICE
# GENERAL ORDER

| | |
|---|---|
| | **SUBJECT: Inmate Grievance Procedures** |
| | **GENERAL ORDER: 10.18.003** |
| | **PAGES: 3** |
| | **TLEA STANDARDS:** |
| | **EFFECTIVE/AMENDED DATE: 11/21/2019** |
| | **AUTHORIZED SIGNATURE** — **NEW** — **xx AMENDED** |

## PURPOSE

This facility provides a grievance procedure for all inmates to support inmate rights to due process and to assist in the operation of a safe, secure, and well-disciplined environment for inmates as well as deputies and staff. Acts which constitute grounds for initiation of a grievance include:

A. Violations of civil rights;

B. Criminal acts;

C. Unjust denial or restriction of inmate privileges; and

D. Prohibited acts by facility staff.

## POLICY

In support of orderly and safe inmate housing conditions, the Williamson County Sheriff's Office (WCSO) maintains an inmate grievances system consistent with due process.

## PROCEDURES

Grievance procedures established by the WCSO consist of the following steps:

A. The inmate discusses the problem verbally with a deputy or other staff member. Usually, these complaints are communicated verbally with a deputy having contact with the inmate during routine supervision. Where and when possible, the deputy receiving the grievance may address the complained of condition directly. Emergency grievances, in which delay in handling could



Case 3:26-cv-00432 Document 27-1 Filed 08/04/26 Page 2 of 4 PageID #: 148

result in personal injury or other damages to the inmate, will be handled expeditiously. Deputies are encouraged to use their own initiative to resolve issues that are within their authority and to consult a supervisor when necessary.

B. Deputies shall document, in the appropriate logbook, inmate grievances that are communicated verbally and the action taken in response.

C. If the problem cannot be resolved through informal discussions or the inmate wishes to document the grievance for additional consideration, the inmate submits a written grievance to the Jail Administrator and/or Designee.

D. Formal grievances are filed using the kiosk system, and an inmate may ask for assistance from deputies or other inmates by typing out the grievance on the kiosk system. A grievance must be presented on the form within seven (7) days of the occurrence. In the event the kiosk system is down, deputies will conduct rounds throughout the facility giving inmates the opportunity to drop written grievances into a grievance drop box. The grievance drop box will then be sent to the Jail Administrator or designee who will review the filed grievances. The grievance must:

   a. Be in writing;

   b. Clearly define the situation in question and the facts upon which it is based;

   c. Specify the wrongful act or situation, and describe the harm done;

   d. Arise out of any act or failure to act by the WCSO;

   e. Address a matter within the control of the facility;

   f. Request a remedy that is within the power of the facility to grant;

   g. Be submitted within seven (7) days of the occurrence;

   h. Include a copy of any written supporting documents or pertinent discussion, decision and justification; and

   i. Specify a requested remedy.

E. A response to the grievance will be presented to the inmate in writing, no later than fifteen (15) days from the date the grievance was submitted. The Jail Administrator and/or Designee will provide for meaningful relief of a substantiated grievance (i.e., reinstatement of good time, additional visitation privileges). Retaliation against inmates related to the filing of grievances is strictly prohibited and in the event that an employee engages in such action, disciplinary action will be taken, up to and including dismissal from employment.

F. If the inmate desires additional consideration, the final step in the grievance process is an appeal to the Division Lieutenant or Designee on the same grievance form or format. The Division Lieutenant or Designee has fifteen (15) days to respond, and the decision of the Division Lieutenant or Designee is final.

G. The facility will maintain records of grievances filed by inmates in accordance with applicable law.