IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KARL BJORK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00432** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Holmes** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CHAD YOUKER'S AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**

# EXHIBIT B

# WILLIAMSON COUNTY SHERIFF'S OFFICE
# GENERAL ORDER

| | |
|---|---|
| | **SUBJECT: Inmate Grievance Procedures**<br><br>**GENERAL ORDER: 10.15.003**<br><br>**PAGES: 2**<br><br>**TLEA STANDARDS:**<br><br>**EFFECTIVE DATE: 03/30/2026**<br><br>**xx**<br>**AMENDED**<br><br>**AUTHORIZED SIGNATURE** |

## PURPOSE

This facility provides a grievance procedure for all inmates to support inmate rights to due process and to assist in the operation of a safe, secure, and well-disciplined environment for inmates as well as deputies and staff. Acts which constitute grounds for initiation of a grievance include:

A. Violations of civil rights;

B. Criminal acts;

C. Unjust denial or restriction of inmate privileges; and

D. Prohibited acts by facility staff.

## POLICY

In support of orderly and safe inmate housing conditions, the Williamson County Sheriff's Office (WCSO) maintains an inmate grievances system consistent with due process.

## PROCEDURES

Grievance procedures established by the WCSO consist of the following steps:

A. The inmate discusses the problem verbally with a deputy or other staff member. Usually, these complaints are communicated verbally with a deputy having contact with the inmate during routine supervision. Where and when possible, the deputy receiving the grievance may address the complaint directly. Emergency grievances, in which delay in handling could result in personal injury or other damages to the inmate, will be handled expeditiously. Deputies are encouraged to use their own initiative to resolve issues that are within their authority and to consult a supervisor when necessary.

B. If the problem cannot be resolved through informal discussions or the inmate wishes to document the grievance for additional consideration, the inmate submits a written grievance.

C. Formal grievances are filed using the kiosk system or tablet, and an inmate may ask for assistance from deputies or other inmates by typing out the grievance on the kiosk system or tablet. A grievance must be presented on the form within seven
(7) days of the occurrence. Inmates may submit up to four formal grievances per day. In the event the kiosk system is down, inmates will be allowed to submit grievances on paper to the staff. The staff will submit them to the administration for review. Inmates are not permitted to submit more than one grievance arising out of the same incident.

The grievance must:

a. Be in writing;

b. Clearly define the situation in question and the facts upon which it is based;

c. Specify the wrongful act or situation, and describe the harm done;

d. Arise out of any act or failure to act by the WCSO;

e. Address a matter within the control of the facility;

f. Request a remedy that is within the power of the facility to grant;

g. Be submitted within seven (7) days of the occurrence;

h. Include a copy of any written supporting documents or pertinent discussion, decision, and/or justifications;

i. Include the dates, times, places, and names of all deputies, inmates, or others involved in the issue being grieved;

j. State all issues, facts, and relief requested related to the matter being grieved and include every complaint or concern the inmate wishes to have considered at the time the initial grievance is filed.

D. A response to the grievance will be presented to the inmate in writing, no later than fifteen (15) days from the date the grievance was submitted. The Division Lieutenants or their designee will provide for meaningful relief of a substantiated grievance (i.e., reinstatement of good time, additional visitation privileges). Retaliation against inmates related to the filing of grievances is strictly prohibited and in the event that an employee engages in such action, disciplinary action will be taken, up to and including dismissal from employment.

E. If the inmate desires additional consideration, the final step in the grievance process is an appeal to the Division Captain or their designee on the same grievance form or format. The appeal is limited strictly to the issues raised in the original grievance. New issues, complaints, facts or requests for relief that were not

included in the original grievance may not be raised or considered on appeal. An appeal must be filed within five (5) days of receipt of the initial response. The Division Captain or their designee has fifteen (15) days to respond, and the decision of the Division Captain or their designee is final.

F. The facility will maintain records of grievances filed by inmates in accordance with applicable law.