RECEIVED
AUG 18 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

8-6-2026

To The District Court Clerk(s),

Good Morning or Day To You Ladies! I Hope You Are Having A Blessed Day Today! Just Keep Smiling It's Impossible To Be Mad While Smiling! :)

I'm Writing This Letter To Let You Know My Address Has Changed For All (8) Eight Federal Actions I'm Pursuing In The District Court! My New Address Is

Karl Allen Björk, 167949
TTCC, 140 Macon Way
Hartsville, TN 37074

| | | | |
|---|---|---|---|
| Björk Vs Youker ; | 3:26-CV-00432 | "Bible Ban" |
| Björk Vs Lockhart ; | 3:26-CV-00475 | "Excessive Force" |
| Björk Vs Finney ; | 3:26-CV-00625 | "D-Board" |
| Björk Vs TDOC, Hood, Evans | 3:26-CV-00626 | "Agg. Kidnapping" |
| Björk Vs T. Payne ; | 3:26-CV-00653 | "1st Amendment Access To Bill of Rights" |
| Björk Vs WCSO Jail ; | 3:26-CV-00666 | "Agg Kidnapping" |
| Björk Vs State ; | 3:26-CV-00672 | "Habeas Corpus" |
| Björk Vs Lott ; | 3:26-CV-00749 | "Excessive Force" |

Thank You For All You Assistance! Please Find Enclosed Another Letter From Mr. George Mason For An Address Change In His Federal Cases, Too! :)

Respectfully
Karl Björk

Karl Allen Björk, 167949
TTCC, 140 Macon Way
Hartsville, TN 37074

George Mason # 208757
140 Macon Way
Hartsville, TN 37074

NASHVILLE TN 370
10 AUG 2026 PM 6 L

THE DEPARTMENT OF CORRECTION
TTCC HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

Privileged

RECEIVED
AUG 18 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church St. Ste 1300
Nashville, TN 37203

Legal Mail
Privileged

Legal Mail From TTCC on 8-6-2026!

37203-709525

Legal Mail!