U.S. DISTRICT COURT OF THE MIDDLE DISTRICT
OF TENNESSEE AT NASHVILLE

RECEIVED
AUG 2 1 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Mr. KARL ALLEN BJORK, 167949 )
PRO SE PLAINTIFF ) CASE NO. 3:26-CV-00432
VS. ) JUDGE ALETA TRAUGER
CHAD YOUKER, CAPTAIN/GUARD ) JUDGE BARBARA HOLMES
OFFICIALLY & INDIVIDUALLY )
DEFENDANT )

MOTION FOR SUMMARY JUDGEMENT BY DEFAULT

I, KARL ALLEN BJORK, PRO SE PLAINTIFF HUMBLY COMES BEFORE THIS HONORABLE COURT ON 8-15-2026 ASKING AND PRAYING FOR RELIEF IN ABOVE SAID CASE BY DEFAULT AS NEITHER DEFENDANT, CHAD YOUKER OR HIS REPRESENTATIVE DID NOT CHOSE TO ANSWER THE COMPLAINANT TO EITHER THE COURT OR THE PLAINTIFF BY 8-15-2026, 30 DAYS PAST BEING SERVED BY THE US MARSHALS ON 7-16-2026. THIS IS WELL PAST THE 21 DAYS REQUIRED FOR AN ANSWER; THEREFORE I REQUEST A JUDGEMENT BY DEFAULT BE ENTERED AGAINST DEFENDANT AND ALL RELIEF THE COURT DEEM APPROPRIATE BE RENDERED TO THE PLAINTIF, PURSUANT TO FED RULES OF CIV P. 12(a)(2)or(3).

RESPECTFULLY,
Karl Bjork, 167949
PRO SE PLAINTIFF



(1 BB)

Have Nothing To Do With The Fruitless Deeds Of Darkness, But Rather Expose Them!

Eph 5:11

God Loves You & Me! :)

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC® C137131

Mr. Karl Allen Björk, 167949
140 Macon Way
Hartsville, TN 37074

NASHVILLE TN 370
19 AUG 2026AM 7 L




Clerk, US District Court
Middle District Of Tennessee
719 Church St Ste 1300
Nashville, TN 37203

RECEIVED
AUG 21 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Legal Mail From TTCC ~~37203-8709525~~ 2026!