**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARL BJORK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00432** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Hill** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CHAD YOUKER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Comes Chad Youker, individually and in his official capacity as an employee of Williamson County, Tennessee, by and through undersigned counsel and respectfully submits this response in opposition to Plaintiff's Motion for Summary Judgment. (DE 32).

Plaintiff initiated this suit on April 9, 2026, by filing a Complaint alleging that Defendant seized all Bibles in the jail. (DE 1). Plaintiff amended his complaint on April 15, 2026, adding allegations that all religious books, including AA books, had been seized. (DE 6). The Court entered a screening order on June 3, 2026, deeming the Amended Complaint the operative complaint. (DE 14). Defendant was served on July 14, 2026. (DE 22). On August 4, 2026, Defendant filed a Motion to Dismiss based on failure to state a claim under Fed. R. Civ. P. 12(b)(6). (DE 25). On August 21, 2026, Plaintiff filed a Motion for Summary Judgment arguing that Defendant failed to timely answer the complaint and therefore requesting judgment by default. (DE 32). Plaintiff's Motion for Summary Judgment (DE 32) should be denied.

Defendant timely responded to the Amended Complaint by filing a motion to dismiss twenty-one (21) days after he was served. (DE 25). The Federal Rules of Civil Procedure expressly

permit a defendant to raise certain defenses by motion before filing a responsive pleading. Fed. R. Civ. P. 12(b). Although Defendant did not file an answer, he properly responded to the Amended Complaint by filing his Motion to Dismiss. (DE 25).

For the foregoing reason, Defendant Chad Youker respectfully requests that the Plaintiff's Motion for Summary Judgment (DE 32) be denied.

Respectfully submitted,

/s/Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on the 24th day of August 2026 to:

Karl Bjork, #167949
TTCC
140 Macon Way
Hartsville, TN 37074

/s/Lee Ann Thompson
Lee Ann Thompson