**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARL BJORK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00432** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Hill** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CHAD YOUKER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND SECOND MOTION FOR SUMMARY JUDGMENT**

Comes Chad Youker, individually and in his official capacity as an employee of Williamson County, Tennessee, by and through undersigned counsel and respectfully submits this response in opposition to Plaintiff's Motion to Strike and Second Motion for Summary Judgment. (DE 36.)

On September 1, 2026, Plaintiff filed a Motion to Strike and a Second Motion for Summary Judgment. (DE 36.) Plaintiff again moves for summary judgment because he claims Defendant did not respond to his Complaint. (DE 36.) Defendant timely responded to the Amended Complaint by filing a motion to dismiss twenty-one (21) days after he was served. (DE 25).[1] The Federal Rules of Civil Procedure expressly permit a defendant to raise certain defenses by motion before filing a responsive pleading. Fed. R. Civ. P. 12(b). Although Defendant did not file an answer, he properly responded to the Amended Complaint by filing his Motion to Dismiss. (DE 25).

[1] Defendant was served on July 14, 2026 (DE 22), and he filed his Motion to Dismiss on August 4, 2026. (DE 25.)

Plaintiff next seeks to strike Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(f). However, Plaintiff provides no basis for striking the motion beyond the conclusory assertion that it is redundant, immaterial, and impertinent. Defendant's Motion to Dismiss was timely filed and was a proper response to Plaintiff's Amended Complaint.

For the foregoing reasons, Defendant Chad Youker respectfully requests that the Plaintiff's Motion to Strike and Second Motion for Summary Judgment (DE 36) be denied.

Respectfully submitted,

/s/Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on the 2nd day of September 2026 to:

Karl Bjork, #167949
TTCC
140 Macon Way
Hartsville, TN 37074

/s/Lee Ann Thompson
Lee Ann Thompson