US District Court Of The Middle
District Of Tennessee At Nashville

RECEIVED
SEP 03 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Mr. Karl Allen Björk, Pro Se )
Plaintiff ) Case No 3:26-CV-00432
Vs. ) District Judge Trauger
Head Guard Chad Youker ) Magistrate Judge Holmes
Individually & Official Capacity )
Defendant ) "Bible Ban"

## Motion Of Rebuttal To Youker's Affidavit And Exhibits

I, Karl Allen Björk, Plaintiff And Pro Se, Humbly Comes Before This Honorable Court On 8-28-26 Asking And Praying To Be Heard As I Rebut The Affidavit Of Chad Youker. Please, Review The Physical Affidavit As My Comments Correspond To His Statements That Are Claims Of Truth. Many Of Which Are Inaccuracies Which Is Corroborated By The Requests/Grievances He Included In Motion Of Dismissal. By Providing The Affidavit And Exhibit A, B, & C Head Guard Chad Youker

HAS INTRODUCED THE EXACT EVIDENCE THAT I REQUESTED BE COMPELLED TO BE PROVIDED BY WILLIAMSON COUNTY'S CIRCUIT COURT, ALONG WITH MEDICAL DOCUMENTS AND FALSE WRITEUPS I HAVE REQUESTED AS EVIDENCE IN MY OTHER 42 USC § 1983 ACTIONS, 3:26-CV-00475 AGAINST LOCKHART, PLUS THE SUBPOENAED VIDEO EVIDENCE FROM BODY CAMS AND POD CAMERAS, 3:26-CV-00625, GRIEVANCES/REQUEST AND THE FALSE WRITE UPS FOR WHICH I SPENT FROM 12-29-25 TIL 3-4-26 AND THEN 4-9-26 TIL 6-2-26 WHEN I WAS SHIPPED OUT OF "THE HOLE" IN WCSO JAIL TO BCCX FOR CLASSIFICATION! WHICH WAS A BLESSING AS I WAS CLASSIFIED ON OR ABOUT 6-15-26 AND, FINALLY,

RECEIVED A TOMIS SHEET WHICH STATED MY RELEASE ELIGIBILITY DATE AS 1·9·25 ON 6·15·26, 15 MONTHS AFTER I SHOULD HAVE SEEN THE PAROLE BOARD TO BE CONSIDERED FOR PAROLE ON MY "UNLAWFULLY" OBTAINED DUI 6TH, BY THP!

I UNDERSTAND THAT MY CASE IN FRONT OF YOUR HONOR JUDGE TRAUGER IS IN REFERENCE TO THE CIVIL RIGHTS VIOLATIONS BY HEAD GUARD CHAD YOUKER, BUT ALSO CONTINUES TO OTHER STAFF AS THEY ARE ENCOURAGE AND EVEN FORCED TO VIOLATE CIVIL RIGHTS AS WHAT HAPPENED TO AND THROUGH T. PAYNE, ACTION 3:26-CV-00653. IT'S ALL TIED TOGETHER AS I SEE THE TOTALITY OF CORRUPTION AT WCSO JAIL!

RESPECTFULLY,

[signature], PRO SE



Case 3:26-cv-00432 Document 38 Filed 09/03/26 Page 3 of 4 PageID #: 243

Legal Mail!

Mr. Karl Allen Björk, 167949 Pro Se
TTCC 140 Macon Way
Hartsville, TN 37074

NASHVILLE TN
1 SEP 2026 PM

US POSTAGE IMI PITNEY BOWES
ZIP 37074 $ 001.36⁰
02 4W
0000363323 AUG. 31 2026

RECEIVED
SEP 0 3 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Of The Middle
District Of Tennessee At Nashville
719 Church St Ste 1300
Nashville, TN 37203

37203-709525

Legal Mail From TTCC Sent, on 8-29-26!