RECEIVED
SEP 03 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

8-28-26, FRIDAY

TO THE DISTRICT COURT CLERK(S),

HAPPY MONDAY TO YOU LADIES! :) I HOPE YOU HAD A WONDERFUL WEEKEND! GOD BLESS YOU ALL!

PLEASE, FIND ENCLOSED MY COPIES WITH NOTES OF COMMENTS ON A) HEAD GUARD CHAD YOUKER'S AFFIDAVIT
B) EXHIBIT A - AND MY COMMENTS
C) EXHIBIT B - AND MY COMMENTS
THIS ALL PERTAINS TO CASE NO 3:26-CV-00432!

I HOPE THE REQUEST/GRIEVANCES WERE SENT BY HEAD GUARD CHAD YOUKER AS I'M LIMITED TO MAKING COPIES!

PLEASE, FIND ENCLOSED MY MOTION TO JUDGE TRAUGER DESCRIBING THE EXHIBITS A & B, & YOUKER'S AFFIDAVIT.

I REQUEST A FORM FROM YOUR COURT TO BE USED TO SUBPOENA DOCUMENTS & VIDEO FROM WCSO JAIL AND THE JAIL ADMINISTRATION STAFF, PLEASE! IF SUCH A THING EXISTS! :)

THANKS, AS ALWAYS FOR THE HARD WORK YOU DO!

RESPECTFULLY,
Karl Bjork, 167949, PRO SE

LEGAL MAIL!

Mr. Karl Allen Björk, 167949 Pro Se
TTCC 140 Macon Way
Hartsville, TN 37074

NASHVILLE TN 370
1 SEP 2026 PM

US POSTAGE IMI PITNEY BOWES
ZIP 37074 $ 001.36⁰
02 4W
0000363323 AUG. 31 2026

RECEIVED
SEP 0 3 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Of The Middle
District Of Tennessee At Nashville
719 Church St Ste 1300
Nashville, TN 37203

37203-709525

Legal Mail From TTCC Sent on 8-29-26!