US DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

RECEIVED
SEP 04 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

MR. KARL ALLEN BJÖRK, PRO SE )
PLAINTIFF ) CASE NO. 3:26-CV-00432
VS. ) DISTRICT JUDGE TRAUGER
GUARD CHAD YOUKER, ) MAGISTRATE JUDGE HOLMES
DEFENDANT )

## AFFIDAVIT OF MR. KARL ALLEN BJÖRK

I, KARL ALLEN BJÖRK, BEING SWORN UNDER PENALTY OF PERJURY SWEAR THAT I AM OVER 18 YEARS OF AGE AND THAT ALL INFORMATION IS TRUTHFULL & HONEST TO THE BEST OF MY KNOWLEDGE.

1) I AM MR. KARL ALLEN BJÖRK, A US CITIZEN AND RESIDENT OF THE STATE OF TENNESSEE AND FRANKLIN FOR 56 YEAR, ALL MY LIFE.

2) I OWN A HOME AT 1012 SHANNON LANE FRANKLIN, TN 37064 AND HAVE OWNED IT SINCE 2000 WITH MY NOW EX-WIFE.

3) I OWN AND OPERATE A SMALL LANDSCAPE BUSINESS OUT OF MY HOME, LET IT GROW, (615) 207-8896 SINCE 1997.

4) I WAS ARRESTED "UNLAWFULLY", BY THP ON **10-10-23**, AND DETAINED AT WCSO JAIL, **NOT** ON 2-23-25, THAT IS WHEN I RETURNED TO WCSO JAIL AFTER BEING

"UNLAWFULLY" DISMISSED FROM MCRRC, (MORGAN COUNTY RESIDENTIAL RECOVERY CENTER / COURT) BY SITTING JUDGE MIKE PEMBERTON IN VIOLATION OF MY CIVIL RIGHTS PURSUANT TO THE US CONSTITUTION ARTICLE 6, "THE RIGHT IN ALL CRIMINAL PROSECUTIONS THE ACCUSSED SHALL ENJOY THE RIGHT TO A SPEEDY AND PUBLIC TRIAL, INFORMED OF THE NATURE AND CAUSE OF THE ACCUSSATION; TO BE CONFRONTED WITH THE WITNESS AGAINST HIM; (NURSE LEE ACCUSSED ME OF "CHEEKING IBUPROPHEN", A LIE THAT WAS NEVER INVESTAGATED BUT ACCEPTED AS TRUTH AND LEAD TO MY VIOLATION OF PROBATION IN 21ST DISTRICT RECOVERY COURT UNDER JUDGE DEANNA BELL JOHNSON'S JURISDICTION!) TO HAVE COMPULSCORY PROCESS FOR OBTAINING WITNESSES IN HIS FAVOR, MR. JOHN BONNER, AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE."

AS CUSTODIAN OF RECORDS FOR THE WILLIAMSON COUNTY SHERRIFF'S OFFICE DID GUARD CHAD YOUKER HAVE ANY KNOWLEDGE OF THESE FACTS?!?? SEEING AS HOW HE THOUGHT 2-23-25 WAS MY ARRIVAL DATE AND 6-2-26 WAS NOT MY RELEASE DATE. BUT, THE DATE I WAS TRANSFERRED TO BCCX IN BLEDSOE COUNTY AND INTO TDOC'S CUSTODY IN THEIR PRISON, THROUGH HIS OWN TRANSPORT GUARDS!

WHAT I WOULD LIKE GUARD CHAD YOUKER

TO PROVIDE FOR THIS COURT IS THE COPIES OF ALL WRITE UPS AGAINST MR. KARL ALLEN BJÖRK! STARTING WITH THE MATHIS / PARKER WRITE UP, DATE UNKNOWN, THE 2ND WRITE UP FROM LT. LOCKHART ON 12-29-25 FOR.........

RIOT, CONSPIRING TO RIOT, REFUSAL OF RESTRAINT: PASSIVE & AGGRESSIVE, & THE WCSO JAIL CATCHALL RULE VIOLATION OF DISRESPECTING A GUARD!

YOU HAVE TO GIVE RESPECT TO GET RESPECT! IT HAS TO BE EARNED AND CAN NEVER BE TAKEN!

I WAS FOUND GUILTY BY SGT COHEN / BLAIR BASED ON A FALSE ACCUSSATION BY LT LOCKHART AND MY APPEAL TO CHIEF MOORE WAS SUMMARILY DENIED!

A) (1) ONE GUARD MAKES A FALSE ACCUSSATION / LIE!
B) (1) ONE GUARD CORROBORATES THE LIE IN D-BOARD FARCE!
C) (1) ONE GUARD DENIES THE APPEAL!

THERE WAS NEVER AN INVESTIGATION OR "REAL" TRIAL OR HEARING, BUT I WAS FOUND GUILTY, SPENT 60 DAYS IN "THE HOLE" / ADMINISTRATIVE SEGREGATION AND LOST MY 2 FOR 1 JOB CREDITS IN THE FUTURE AS I LOST MY 7 MONTH TRUSTEE JOB BASED ON THE LIE OF LT LOCKHART!

PROVIDE THROUGH MY SUBPOENA THE VIDEO CAM AND BODY CAM FOOTAGE FROM 8:30 AM ON 12-29-25 IN POD 707

(3A)

Of Lt Lockhart & Lt Linquist And The Affidavit Testimony Of Dustin Holland & Daniel Everett Incarcerated Citizens In Trustee Pod 707 At The Time Of The "Riot" I Am Accussed Of Starting And Was Punished For Even Though.......

## IT NEVER HAPPENED!

I was Written Up For Passing And Receiving On or About January 15, 2026!, For Passing And Receiving! As Sgt Crane Had Tazed Keith Holiday On or About A Friday Morning And Then The Next Monday Guard Klarisa Fairchild Started A Verbal Altercation With Mr Holiday And Proceed To Return To His Cell 20 minutes After Threatening Him With (2) Two Other Guards And Her Mace Drawn And Proceeded To Pepper Spray Him For No Good Cause, Except Because She Could! Mr. Holiday Begged For Sgt Perry To Come And De Escalated Guard Fairchild! She Refused And Physically Assaulted Mr Holiday With Pepper Spray Without Cause Other Than To Inflict Pain And Suffering! And After The Incident The WCSO Jail Staff Removed All of

(4A)

MR KEITH HOLLIDAYS PROPERTY! (THE RED "SCRUBS" TOP & BOTTOM ALL BOXERS, T-SHIRTS, SOCKS, TOWELS, & LEGAL PAPERWORK, AND HIS BEDDING AND BED. THEY LEFT HIM "NAKED" EXCEPT A BLUE SUICIDE SMOCK OR WHAT INCARCERATED CITIZENS CALL A "TURTLE SUIT."

MR HOLLIDAY COMPLAINED TO ME THAT HE WAS COLD! I HAD 3 PAIRS OF SOCKS AND GOD ASKS ME TO GIVE TO THOSE WHO ASK! I CAN NOT OUT GIVE GOD, NO MATTER HOW HARD I TRY HE JUST GIVES ME MORE TO SHARE WITH OTHERS!

MY WRITE UP FOR PASSING AND RECEIVING SOCKS TO A COLD FELLOW HUMAN BEING NETTED ME (5) FIVE MORE DAYS IN "THE HOLE," I COUNT MYSELF FORTUNATE TO BE HIS INSTRUMENT OF GOOD WILL TO A CHILD OF GOD.

I SPENT 65 DAYS LOCKED IN "THE HOLE" 23 HOURS A DAY LOCKED UP IN A 80 $ft^2$ CELL WITH 1 HOUR OUT TO SHOWER / RECREATE / RESEARCH THE LAW LIBRARY FOR MY FEDERAL DISTRICT ACTIONS AGAINST WCSO JAIL. COINCIDENTLY, I NEVER HAD ANY WRITEUPS UNTIL AFTER I STARTED FILING 42 USC § 1983 CIVIL RIGHTS ACTIONS AGAINST GERARD YOUKER?!?!

PLEASE FIND ENCLOSE REQUESTS / GREIVANCE I FELT WOULD APPLY TO THE TOTALITY OF MY SITUATION AND SHOWS HOW I TRIED TO EXHAUST THE SYSTEM WHILE BEING IMPEDED AT EVERY STEP!

RESPECTFULLY,

[signature], PRO SE

Karl Bjork #167949
TTCC
140 Macon Way
Hartsville, TN 37074

US POSTAGE PITNEY BOWES
ZIP 37074 $ 004.32⁰
02 4W
0000363323 AUG 31 2026

WA Z02

RECEIVED
SEP 04 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US DISTRICT COURT OF THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE
719 CHURCH ST. STE 1300
NASHVILLE, TN 37203

LEGAL MAIL FROM TTCC SENT 8-30-26!

LEGAL MAIL!