RECEIVED
SEP 04 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

8-27-26, THURSDAY

TO THE DISTRICT COURT CLERK(S),

GOOD MORNING TO YOU ALL THIS BEAUTIFUL DAY THAT THE LORD HAS MADE AND I, I WILL BE GLAD IN IT! I HOPE YOU ARE GLAD IN IT AS WELL AND HAVE A BLESSED DAY! :)

OK MAGIC ELVES TIME TO WORK. PLEASE, FIND ENCLOSED (5) FIVE SUMMONS PACKETS FOR THE US MARSHALLS.

A) (3) THREE FOR CASE NO 3:26-CV-00475
LOCKHART
YOUKER
LINQUIST

B) (2) TWO FOR CASE NO 3:26-CV-00625
FINNEY
COHEN/BLAIR (SHE MARRIED AND BECAME A BLAIR)?

PLEASE, HAVE THESE DEFENDANTS SERVED BY THE US MARSHALS.

PLEASE, FIND ENCLOSED A MOTION OF REVIEW/REQUEST TO JUDGE WAVERLY CRENSHAW, JR FOR CASE NO 3:26-CV-00672 BROCK VS STATE OF TENNESSEE (AUSTIN DAVID GLOVER) AND A MOTION TO JUDGE ALETA TRAUGER/HOLMES CASE NO 3:26-CV-00432 "BIBLE BAN" REGARDING SUMMARY JUDGMENT PROCEDURE VIOLATIONS BY DEFENDANTS COUNSEL OF RECORD.

(1A)

I'm Also Asking For 6 more Summons / Complaint Packets (AO 440 & USM 285) For My Other Actions To Be Served In The Near Future!

As Always I Thank You For **ALL** Your Patience With A Novice, As I Learn The Legal Systems Procedure & Policies. **THANK YOU**, For Correcting (**GENTLY**) **ALL** My Mistakes As I will Continue To Learn, But Make Mistakes As I Go.

I Think That's All I'm Sending You Today. I May Have Forgotten Something, So Until I Remember I will Talk To You Wonderful Ladies Next Week.

Have A Blessed Weekend Off You Deserve It! :)
[[ Motion For 30-90 Day Continuance In Case No 3:26-CV-00432)]
And Copies Of Pertinant Request/Grievances As Exhibits!

Respectfully,
[signature], Pro Se

TTCC 140 Macon Way (Bldg WA Bed 202)
Hartsville, TN 37074

P.S. Found My Affidavit In Case No 3:26-CV-00432. Please Present And File In My Case File! :) Also Page 10 & 11 of "Bible Ban" Motion! Sorry It Got (2A) misplaced. Please Add To The Motion!

Karl Bjork #167949
TTCC
140 Macon Way
Hartsville, TN 37074

US POSTAGE PITNEY BOWES
ZIP 37074 $ 004.32⁰
02 4W
0000363323 AUG 31 2026

WA202

RECEIVED
SEP 04 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Of The Middle
District Of Tennessee At Nashville
719 Church St. Ste 1300
Nashville, TN 37203

Legal Mail From TTCC Sent 8-30-26!

LEGAL MAIL!