US DISTRICT COURT OF THE MIDDLE
DISTRICT OF TENNESSEE

RECEIVED
SEP 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Mr. Karl Allen Björk, Pro Se )
Plaintiff ) No. 3:26-CV-00432
Vs. ) Judge Aleta Trauger
Head Guard Chad Yonker ) Magistrate Judge Hill
Individually & Officially )
Defendant ) "Bible Ban" Action 42 USC § 1983

MOTION FOR REVIEW & A COMMON SENSE APPLICATION OF THE US CONSTITUTION.

I, Karl Allen Björk, ProSe Plaintiff, Am Following Your Federal Court Rules And Procedures As Best I can In Limiting Circumstances! I Can Not Walk To The Law Library When I want To Do Research, While In Prison! I Have Responded To Each And Every Motion By Defense Counsel In As Quick A Fashion As Possible, But With Delays Due To The Mail System And Speed At Which The Prison Deliver My Legal Mail I Am At A Disadvantage To Fight My Action, On Top Of The Fact That I'm Still Learning The Law As A Pro Se! "I CAN DO ALL THINGS THROUGH HIM, WHO STRENGTHENS ME!" (PHI 4:13) Holy Bible

This Case Comes Down To The Fact, That Head Guard Chad Yonker "Unlawfully", Pursuant To The 1st Amend Of The US Const. Removed Paper Bibles Donated By The Church To Be Injurious To Christians

BEING HOUSED IN THE WCSO JAIL. HE ALSO DENIED ACCESS TO THE ALCOHOLICS ANONYMOUS "BIG BOOK", A SPIRITUAL MEANS TO SOBRIETY THROUGH IMPROVED RELATIONSHIP WITH A HIGHER POWER, "GOD"! AND THE 12 STEPS OF RECOVERY!

I NEVER SAID HE REMOVED ALL RELIGIOUS PAPER BOOKS, AS HE DID NOT!

MUSLIMS KEPT THEIR KORANS / QURANS! WICCANS HAD PAPER WICCAN BIBLES AVAILABLE IN THE PODS!

HEAD GUARD CHAD YONKER TARGETED AND ALIENATED THE CHRISTIANS HOUSED AT THE WCSO JAIL ONLY! ASK HIM WHEN & WHY HE REMOVED THE BIBLES??!

THIS OF COURSE VIOLATES THE SPIRIT, IF NOT THE LAW OF THE 1ST AMEND TO THE US. CONST. OF THE PROHIBITING ANY LAW FROM ESTABLISHING A RELIGION, OR PROHIBITING THE FREE EXERCISE THEREOF!

THIS COUNTRY WAS FOUNDED ON FREEDOM OF THE PEOPLE, WITH LIMITED POWERS IN THE GOVERNMENT! [GIVE ME LIBERTY OR GIVE ME DEATH!! 2.0] WHY HAS THAT, NOW, ENDED??!?

RESPECTFULLY

[signature]

MR. KARL BJORK
TTCC 140 MACON WAY
HARTSVILLE, TN 37074

Have Nothing To Do With The Fruitless Deeds Of Darkness, But Rather Expose Them!
Eph 5:11

God Loves You & Me!!

Legal Mail!

Mr. Karl Allen Björk, 167949 Pro Se
TTCC 140 Macon Way
Hartsville, TN 37074

NASHVILLE TN 370
3 SEP 2026 PM 3 L

US POSTAGE IMI PITNEY BOWES
ZIP 37074 $ 000.74[0]
02 4W
0000363323 JUL 06 2026

RECEIVED
SEP 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Of The Middle
District Of Tennessee At Nashville
719 Church St Ste 1300
Nashville, TN 37203

Legal Mail Sent From TTCC On 9-1-26!