**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARL BJORK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00432** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Hill** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CHAD YOUKER'S RESPONSE TO PLAINTIFF'S MULTIPLE FILINGS**

Comes Chad Youker, individually and in his official capacity as an employee of Williamson County, Tennessee, by and through undersigned counsel and respectfully submits this response to Plaintiff's "Third Motion for Summary Judgment" (DE 39), "Third Motion for Summary Judgment 2.0" (DE 40), and "Motion for Review and a Common Sense Application of the US Constitution" (DE 44).

On August 26, 2026, the Court granted Defendant's Motion to Stay and stayed all proceedings until further order of the Court. (DE 35). Any party objecting to the stay was given fourteen (14) days to file a motion for review explaining the basis for the objection. Out of an abundance of caution, Defendant responded to Plaintiff's filings during that fourteen (14) day period. (*See* DE 37.) Plaintiff filed a Motion for Review (DE 44), but he did not object to the stay or identify any basis for lifting it. Instead, Plaintiff merely reiterated allegations contained in his Amended Complaint. Based on the Court's August 26, 2026 Order, it is Defendant's understanding that all proceedings are stayed. Accordingly, Defendant requests that consideration

of Plaintiff's filings be deferred and that Defendant be given the opportunity to respond, if necessary, if the case proceeds past Defendant's Motion to Dismiss and the stay is lifted.

Respectfully submitted,

/s/Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on the 17th day of September 2026 to:

Karl Bjork, #00167949
TTCC
140 Macon Way
Bldg. DA Rm. 104
Hartsville, TN 37074

/s/Lee Ann Thompson
Lee Ann Thompson